THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN W. WOODIN, as District Attorney of Chautauqua County, Appellant, *v.* LEE L. OTTAWAY, Individually and as County Judge of Chautauqua County, et al., Respondents, Impleaded with Others.

(Submitted April 9, 1928; decided April 13, 1928.)

Motion for reargument denied.    (See 247 N. Y. 493.)